## UNITED STATES

v.

## Paul SANSONE.

### Crim. No. 85–294.

United States District Court, D. New Jersey.

Feb. 5, 1986.

David T. Maguire, Asst. U.S. Atty., Newark, N.J., for the U.S.

William W. Robertson, Hannoch Weisman, Roseland, N.J., for defendant.

CLARKSON S. FISHER, Chief Judge.

Defendant has moved to "clarify judgment of sentence" pursuant to 18 U.S.C. § 4205(f). The sentence imposed was a split sentence; the term to be served was six months, to be followed by three years probation.

A section 4205(f) designation with a split sentence is, in my view, inappropriate. With a split sentence, there is no question about the amount of time to be served. Probation is to follow, not parole. There is no need to use section 4205(f) to shorten a term that is precisely fixed in the first place.

In a previous ruling, I explained my reasons for the sentence. They still apply. The Government will submit an order.